IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

(CHIEF) COL. MICHAEL S. OWL FEATHER-GORBEY,

        Plaintiff,

v.                                  CIVIL ACTION NO.   5:21-cv-00673

WILLIAMS, et al.,

        Defendants.

## JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with the accompanying Order adopting the Magistrate Judge's Proposed Findings & Recommendations, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:    July 8, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE